IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FAITH FILIAULT, ON BEHALF OF HERSELF AND ALL OTHER SIMILARLY SITUATED CONSUMERS,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>Defendant, | :<br>:<br>:<br>: CIVIL NO. 2:18-cv-332<br>:<br>:<br>:<br>:<br>:<br>: FEBRUARY 23, 2018<br>: |

## NOTICE OF REMOVAL

Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Portfolio Recovery" or "Defendant"), by and through its attorneys, petitions this Court under 28 U.S.C. §§ 1331, 1367, 1441, and 1446 for the removal to this Court of this action based on federal question jurisdiction. The matter is currently pending in the Connecticut Superior Court for the Judicial District of Hartford at Hartford, as Case No. HHD-CV18-6088452-S. The grounds for removal are as follows:

1.   On or about January 23, 2018, Plaintiff Faith Filiault, on behalf of herself and all other similarly situated consumers ("Plaintiff"), initiated this action by filing a Complaint against Defendant in the Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport.

2.   Defendant was served with a copy of the Complaint on January 24, 2018. A true and correct copy of the state court record, including the Complaint, is attached hereto as Exhibit A. The Return of Service is attached hereto as Exhibit B. To the best of Defendant's knowledge, these exhibits include the only pleadings which have been filed or served by any party in the state court action as of this date.

3. On January 30, 2018, the Connecticut Superior Court for the Judicial District of Fairfield at Bridgeport entered an order transferring the state court case to the Connecticut Superior Court for the Judicial District of Hartford at Hartford, where it is currently pending.

4. This Court has original federal question jurisdiction under 28 U.S.C. § 1331 over the claim asserted in Plaintiff's Complaint. *See* 28 U.S.C. § 1331 (providing that "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). The Complaint alleges that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a(6) ("FDCPA"). (Compl. ¶ 2.) The FDCPA was created by, and arises under, federal law.

5. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, it is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a).

7. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed, having been filed within thirty (30) days after Defendants' receipt of the Complaint.

8. Defendants are filing a copy of this Notice of Removal with the Clerk of the Superior Court for the Judicial District of Hartford at Hartford, pursuant to 28 U.S.C. § 1446(d).

9. Written notice of the filing of this Notice of Removal has been provided to Plaintiff on this date, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully requests that the above-captioned action now pending in the Connecticut Superior Court for the Judicial District of Hartford at Hartford, be removed to the United States District Court for the District of Connecticut and that this District Court enter such other and further orders as may be necessary to accomplish the requested removal.

Dated: February 23, 2018                Respectfully submitted

DEFENDANT,
PORTFOLIO RECOVERY ASSOCIATES, LLC,


/s/   *Eric D. Daniels*
Eric D. Daniels (ct 01582)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299
Email: edaniels@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be mailed, via first class mail to:

Attorney Peter M. Van Dyke
Eagan, Donohue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT 06107
pvd@eddf-law.com

/s/   *Eric D. Daniels*
　　　Eric D. Daniels